EL PUEBLO, DEMANDANTE Y APELADO, *v.* MARTÍNEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por violación.

No. 953.—Resuelto en junio 24, 1916.

VIOLACIÓN—ELEMENTO ESENCIAL DEL DELITO—ESPOSA.—En toda acusación por violación debe alegarse que la mujer ofendida no es la propia del acusado, por ser dicha circunstancia un elemento esencial del delito perseguido.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Enrique Campillo.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La acusación en este caso, copiada a la letra, en lo pertinente, dice así:

"El citado Mariano Martínez Erazo, allá el día 29 de marzo de 1915, en Santurce, que forma parte del Distrito Judicial de San Juan, voluntaria y maliciosamente tuvo contacto carnal con la niña menor de 14 años María Beltrán."

Celebrada la vista, el acusado fué condenado a dos años de presidio por el delito de violación en grado de tentativa. Solicitó nuevo juicio alegando la comisión de varios errores y su solicitud fué denegada. Entonces apeló para ante

este Tribunal Supremo contra la negativa de nuevo juicio y contra la sentencia.

De los errores alegados unos no pueden discutirse por falta de exposición del caso y los otros carecen de importancia verdadera; pero examinada la denuncia, nos vemos obligados a revocar la sentencia recurrida porque aplicando los principios que acabamos de establecer en el caso de *El Pueblo v. Cortés,* es necesario concluir que la acusación tampoco alega en este caso uno de los requisitos esenciales del delito perseguido, a saber: que la ofendida no era la esposa del acusado.

En tal virtud, procede la revocación de la sentencia y la desestimación de la acusación, sin perjuicio de los procedimientos ulteriores que puedan seguirse de acuerdo con la ley.

> *Revocada la sentencia apelada y desestimada la acusación sin perjuicio de los procedimientos ulteriores que puedan seguirse de acuerdo con la ley.*

Jueces concurrentes: Sres. Asociados Wolf y Hutchison.

El Juez Presidente Sr. Hernández y Asociado Sr. Aldrey disintieron.

OPINIÓN DISIDENTE DE LOS JUECES SRES. PRESIDENTE HERNÁNDEZ Y ASOCIADO ALDREY.

Por las mismas razones ya consignadas en la opinión disidente emitida en esta fecha en el caso No. 818, de *El Pueblo v. Cortés,* cuyas razones damos aquí por reproducidas, disentimos de la sentencia dictada en el presente recurso revocando la sentencia apelada que dictó la Corte de Distrito de San Juan, Sección 2ª., en julio 7, 1915, y sostenemos que procede su confirmación.